Vance BYRD, Plaintiff–Appellant,

v.

Robert L. EHRLICH, Jr., Governor; Mary Ann Saar, Secretary of Public Safety and Correctional Services, Defendants–Appellees.

No. 03–6849.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 14, 2003.

Decided Aug. 22, 2003.

Vance Byrd, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Vance Byrd appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Byrd v. Ehrlich, No. CA–03–01270–03–WDQ (D. Md. filed May 19, 2003; entered May 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

AFFIRMED.